**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CRIMINAL NO. 09-10170-DPW** |
| **ANDREA GOODE-JAMES** | ) | |
| | ) | |

**GOVERNMENT'S RULE 11 NOTICE**

In response to the Court's Order entered on the docket on June 19, 2009, the government states as follows:

1.  There is no plea agreement in this case.

2.  The government does not intend to move for detention of the defendant pending sentencing.  The government anticipates that the defendant will be able to establish by clear and convincing evidence that she is not likely to flee or pose a danger to the safety of any other person or the community if released under 18 U.S.C. §3142(b) or (c).  See 18 U.S.C. §3143(a)(1).

Respectfully submitted,

MICHAEL K. LOUCKS
Acting United States Attorney

By:    /s/ Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 24, 2009.

/s/ Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney